# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JEANIE LAWRENCE                                                                      PLAINTIFF

V.                           NO. 3:18CV00126 JM/PSH

SOCIAL SECURITY ADMINISTRATION                                               DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

The ALJ considered the Plaintiff's complaints about "constant burning, tingling, and numbness from her right shoulder to her fingers," problems doing repetitive motion, and problems with right arm use and neuropathy. (Tr. 20). The ALJ found that evidence of record did not support the allegations of Plaintiff regarding the nature, severity and duration of her medically determinable impairments. The record supports the ALJ's findings. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Jeanie Lawrence's Complaint (Doc. No. 2) is DISMISSED with prejudice.

DATED this 15th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE