IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEANIE LAWRENCE                                                                                    PLAINTIFF

V.                                    NO. 3:18CV00126 JM/PSH

SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 15th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE